IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DANIEL DAVILA III, DANIEL DAVILA FAMILY LIMITED PARTNERSHIP, LUCY DAVILA and JOE PACHUCA,<br><br>Plaintiffs,<br><br>vs.<br><br>DK PARTNERS PC, STEVEN KANGAS, BRIAN SIMMONS, and RYAN PARKS,<br><br>Defendants. | No. 1:23-cv-883-DAE |

## **ORDER**

On December 27, 2023, the Court granted Defendant's Motion for Judgment on the Pleadings and dismissed Plaintiffs' claims without prejudice (Dkt. # 7.)

Pursuant to that order, the Clerk is **INSTRUCTED TO CLOSE THE CASE**.

Dated: January 22, 2024

_____
David Alan Ezra
Senior United States District Judge

1